IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01010-WYD-PAC

BARBARA A. FLOWERS,

     Plaintiff(s),

v.

FEDERAL EXPRESS CORPORATION, a Delaware corporation,
FEDEX EXPRESS; and
FRED W. SCHNEIDER,

     Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

IT IS HEREBY **ORDERED** that the Joint Motion for Permission for the Parties'
Cousnel [sic] to Appear Telephonically at Scheduling/Planning Conference Scheduled for
**November 16, 2006 at 9:30 a.m.** [filed November 14, 2006; Doc. No. 16] is **granted in
part and denied in part** as follows:

Counsel for defendant, Barak Babcock,  shall contact the Court at: 303-844-4892
on the above date and time in order to participate telephonically at the Scheduling
Conference.

Counsel for plaintiff, Thomas Arckey,  shall be here in person, in Courtroom A502.

In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall
have valid, current, photo identification when entering the courthouse.

Dated:  November 15, 2006