IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01010-WYD-PAC

BARBARA A. FLOWERS,

    Plaintiff(s),

v.

FEDERAL EXPRESS CORPORATION, a Delaware corporation,
FEDEX EXPRESS; and
FRED W. SCHNEIDER,

    Defendant(s).

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    IT IS HEREBY **ORDERED** that the Joint Motion for the Entry of the a Protective Order [filed January 17, 2007; Doc. No. 25] is **GRANTED** as follows:

    The Stipulated Protective Order is made an order of the Court this date.

Dated:  January 18, 2007