IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01010-WYD-PAC

BARBARA A. FLOWERS,

    Plaintiff(s),

v.

FEDERAL EXPRESS CORPORATION, a Delaware corporation,
FEDEX EXPRESS; and
FRED W. SCHNEIDER,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE**

    IT IS HEREBY **ORDERED** that the Unopposed Motion to Amend Scheduling Order to Extend Time to Submit Expert Disclosures  [Docket No. **32,** Filed March 13, 2007] is **GRANTED.**

    The deadline to disclose experts is extended to **APRIL 02, 2007.**

    The deadline to disclose rebuttal experts is extended to   **MAY 02, 2007.**

The Rule 16 Scheduling Order is amended consistent with this minute order.

Order entered by Magistrate Judge Michael J. Watanabe for Magistrate Judge Patricia A. Coan/Magistrate Judge O. Edward Schlatter.


Dated:   March 14, 2007