IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01010-WYD-KLM

BARBARA A. FLOWERS,

    Plaintiff,

v.

FEDERAL EXPRESS CORPORATION, a Delaware corporation;
FEDEX EXPRESS; and
FRED W. SCHNEIDER,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Unopposed Motion to Vacate and Reset Final Trial Preparation Conference (filed November 1, 2007) is **GRANTED.**  The Final Trial Preparation Conference currently set for Tuesday, February 12, 2008 at 4:00 p.m. is vacated and reset for **Friday, February 8, 2008, at 4:00 p.m.**

    Dated:  November 2, 2007