IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01010-WYD-KLM

BARBARA A. FLOWERS,

    Plaintiff,

v.

FEDERAL EXPRESS CORPORATION, a Delaware corporation;
FEDEX EXPRESS; and
FRED W. SCHNEIDER,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendant Federal Express Corporation's Motion for Leave to File Surreply (filed March 14, 2008) is **GRANTED**. Defendant may file a surreply no more than three (3) pages in length.

    Dated: March 17, 2008